**PETERSON WATTS LAW GROUP, LLP**
GLENN W. PETERSON, ESQ. (SBN 126173)
ROBERT K. ASHLEY, ESQ. (SBN 306441)
2267 Lava Ridge Court, Suite 210
Roseville, CA 95661
Telephone: (916) 780-8222
Fax No: (916) 780-8775

Attorneys for Plaintiff,
*Sourdough & Co., Inc.*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOURDOUGH & CO., INC.<br><br>Plaintiff,<br><br>v.<br><br>WCSD, INC., a California corporation; GSD FOODS, INC., a California corporation; GURMINDER BHATIA, an individual; DAVINDER SINGH, an individual; POWERGLIDE HOLDINGS, LLC, a California limited liability company; KALDEEP UPPAL, an individual; KARNDEEP UPPAL, an individual; and SD-FOLSOM, INC., a California corporation; and DOES 1-25,<br><br>Defendants. | Case No.: 2:20-cv-01226-TLN-CKD<br><br>**STIPULATION AND ORDER TO EXTEND THE RULE 26 JOINT CONFERENCE DEADLINE**<br><br>JURY DEMAND |

Plaintiff, SOURDOUGH & CO., INC. ("Plaintiff") and Defendants, WCSD, INC., GSD FOODS, INC., GURMINDER BHATIA, DAVINDER SINGH, POWERGLIDE HOLDINGS, LLC, KALDEEP UPPAL, KARNDEEP UPPAL, and SD-FOLSOM, INC. ("Defendants"), by and through their undersigned counsel of record, hereby stipulate to continue the FRCP Rule 26 Joint Conference deadline, as follows:

**WHEREAS**,

1. The current deadline for the Joint 26(f) Conference ("Joint Conference") to take place is August 28, 2020.

2. The current deadline for the Joint 26(f) Report is September 11, 2020.

3. Due to the recent appearance of defendant, WCSD, Inc., anticipated motions under FRCP Rule 12(b), and calendaring conflicts on both sides, Plaintiff and Defendants have stipulated and agreed as set forth below.

**NOW, THEREFORE**, the parties hereby stipulate, through their undersigned counsel of record, that:

4. The deadline for the Joint Conference to take place shall be continued to September 18, 2020 and the deadline for the Joint Report shall be continued to October 2, 2020, or such other approximate date available/convenient to the Court.

5. The parties jointly request that the Court enter an order upon this stipulation.

IT IS SO STIPULATED.

Respectfully Submitted,

DATED: August 27, 2020   **HUGHEY PHILLIPS, LLP**

By: _____/s/ GALEN M. GENTRY_____
　　　　　GALEN M. GENTRY

Attorneys for Defendants

DATED: August 27, 2020   **PETERSON WATTS LAW GROUP, LLP**

By: _____/s/ GLENN W. PETERSON_____
　　　　　GLENN W. PETERSON

Attorneys for Plaintiff, Sourdough & Co., Inc.

**ORDER UPON STIPULATION**

Pursuant to the parties' joint Stipulation to Extend the Rule 26 Joint Conference Deadline in this matter, and good cause appearing, the Court now orders as follows:

The deadline for the Joint Conference to take place shall be continued to September 18, 2020 and the deadline for the Joint Report shall be continued to October 2, 2020.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: August 27, 2020

_____
Troy L. Nunley
United States District Judge