Kevin Hughey, SBN 197323
Galen M. Gentry, SBN 308873
Tristan Hills, SBN 316285
HUGHEY PHILLIPS, LLP
520 9th Street, Suite 230
Sacramento, California 95814
Telephone: 916.758.2100
Facsimile: 916.758.2200
khughey@hugheyphillipsllp.com
ggentry@hugheyphillipsllp.com
thills@hugheyphillipsllp.com

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOURDOUGH & CO., INC.,<br><br>Plaintiff,<br><br>v.<br><br>WCSD, INC., a California corporation; GSD FOODS, INC., a California corporation; GURMINDER BHATIA, an individual; DAVINDER SINGH, an individual; POWERGLIDE HOLDINGS, LLC, a California limited liability company; KALDEEP UPPAL, an individual; KARNDEEP UPPAL, an individual; and SD-FOLSOM, INC., a California corporation; and DOES 1-25,<br><br>Defendants.<br><br>WCSD, INC., a California corporation,<br><br>Counter-Claimant,<br><br>v.<br><br>SOURDOUGH & CO., INC., a California corporation,<br><br>Counter-Defendant. | Case No. 2:20-cv-01226-TLN-CKD<br><br>**STIPULATION AND ORDER FOR MODIFICATION OF INITIAL PRETRIAL SCHEDULING ORDER** |

Plaintiff Sourdough & Co., Inc., Defendant/Plaintiff/Counter-Claimant WCSD, Inc. and Defendants GSD-Foods, Inc., Gurminder Bhatia, Davinder Singh, Powerglide Holdings, LLC, Kaldeep Uppal, Karndeep Uppal, SD-Folsom, Inc. and David Bagley through their respective attorneys of record in this consolidated proceeding, hereby stipulate to modification of the Court's April 1, 2021 Order Upon Stipulation [Docket No. 30] as set forth below.

WHEREAS, Plaintiff WCSD, Inc. filed its *In Rem* Complaint for Declaratory and Injunctive Relief in the United States District Court, Eastern District of Virginia, Alexandria Division, Case No. 1:20-cv-00629 (the "Domain Name Proceeding") on June 4, 2020;

WHEREAS, Plaintiff Sourdough & Co., Inc. filed its Complaint in the United States District Court, Eastern District of California, Sacramento Division, Case No. 2:20-cv-01226 (the "Trademark Proceeding") on June 17, 2020;

WHEREAS, the Court entered its Initial Scheduling Order in this proceeding on June 18, 2020 [Docket No. 3];

WHEREAS, the Domain Name Proceeding matter was transferred to the United States District, Eastern District of California, Sacramento Division, on or around July 30, 2020;

WHEREAS, on April 1, 2021, the Domain Name Proceeding and the Trademark Proceeding were consolidated by the Court's Order Upon Stipulation [Docket No. 30], which also modified the Initial Scheduling Order to set the following deadlines;

1. November 30, 2021: Discovery cut-off;
2. January 31, 2022: Disclosure of expert witnesses; and
3. February 28, 2022: Supplemental designation of expert witnesses.

WHEREAS, the parties have engaged in good-faith settlement negotiations for the past several weeks and, in view of the substantial fees and costs that would be incurred by each party in conducting further discovery (including party and non-party depositions), the parties have refrained from moving forward with discovery while such settlement discussions were pending;

WHEREAS, the parties anticipate that certain discovery and disputes may need to be presented to the Court and that Plaintiff Sourdough & Co., Inc. may seek leave to amend the complaint to add additional defendants; and

WHEREAS, in light of the above, the parties have agreed to extend the deadlines for discovery cut-off, disclosure of expert witnesses and supplemental disclosure of expert witnesses.

NOW THEREFORE, the parties hereby stipulate and agree as follows:

1. Plaintiff may file a First Amended Complaint no later than January 10, 2022.
2. Defendants may file Counterclaim(s) (or First Amended Counterclaim(s), if applicable) in conjunction with their Answer(s) to Plaintiff's First Amended Complaint.
3. To extend percipient discovery cut-off from November 30, 2021 to May 31, 2022.
4. To extend disclosure of expert witness deadline from January 31, 2022 to July 30, 2022.
5. To extend disclosure of supplemental witnesses from February 28, 2022 to August 31, 2022; and
6. That all other deadlines shall be calculated as reflected in the Court's Initial Scheduling Order.

Dated: January 6, 2022   PETERSON WATTS LAW GROUP, LLP

 /s/ Glenn Peterson
Glenn W. Peterson
Jeffrey Arnold
Attorneys for Plaintiff Sourdough & Co., Inc. and Defendant David Bagley

Dated: January 6, 2022   HUGHEY PHILLIPS, LLP

/s/ Galen M. Gentry
Kevin Hughey
Galen M. Gentry
Attorneys for Defendant/Plaintiff/Counter-Claimant WCSD, Inc. and Defendants GSD-Foods, Inc., Gurminder Bhatia, Davinder Singh, Powerglide Holdings, LLC, Kaldeep Uppal, Karndeep Uppal and SD-Folsom, Inc.

**ORDER UPON STIPULATION:**

Pursuant to the parties' Stipulation for Modification of Initial Scheduling Order and good cause appearing therefor, the Court hereby orders that the Initial Scheduling be modified as set forth above.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: January 6, 2022

Troy L. Nunley
United States District Judge