Kevin Hughey, SBN 197323
Galen M. Gentry, SBN 308873
Tristan Hills, SBN 316285
HUGHEY GENTRY, LLP
520 9th Street, Suite 230
Sacramento, California 95814
Telephone: 916.758.2100
Facsimile: 916.758.2200
khughey@hugheygentry.com
ggentry@hugheygentry.com
thills@hugheygentry.com

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOURDOUGH & CO., INC., | Case No. 2:20-cv-01226-TLN-CKD |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER FOR FURTHER MODIFICATION OF INITIAL PRETRIAL SCHEDULING ORDER** |
| WCSD, INC., a California corporation; GSD FOODS, INC., a California corporation; GURMINDER BHATIA, an individual; DAVINDER SINGH, an individual; POWERGLIDE HOLDINGS, LLC, a California limited liability company; KALDEEP UPPAL, an individual; KARNDEEP UPPAL, an individual; and SD-FOLSOM, INC., a California corporation; and DOES 1-25, | |
| Defendants. | |
| WCSD, INC., a California corporation, | |
| Counter-Claimant, | |
| v. | |
| SOURDOUGH & CO., INC., a California corporation, | |
| Counter-Defendant. | |

Plaintiff Sourdough & Co., Inc., Defendant/Plaintiff/Counter-Claimant WCSD, Inc. and Defendants/Counter-Claimants GSD-Foods, Inc., Gurminder Bhatia, Davinder Singh, Powerglide Holdings, LLC, Kaldeep Uppal, Karndeep Uppal, SD-Folsom, Inc. and David Bagley through their respective attorneys of record in this consolidated proceeding, hereby stipulate to further modification of the Court's Initial Scheduling Order [Docket No. 3] as set forth below.

WHEREAS, Plaintiff WCSD, Inc. filed its *In Rem* Complaint for Declaratory and Injunctive Relief in the United States District Court, Eastern District of Virginia, Alexandria Division, Case No. 1:20-cv-00629 (the "Domain Name Proceeding") on June 4, 2020;

WHEREAS, Plaintiff Sourdough & Co., Inc. filed its Complaint in the United States District Court, Eastern District of California, Sacramento Division, Case No. 2:20-cv-01226 (the "Trademark Proceeding") on June 17, 2020;

WHEREAS, the Court entered its Initial Scheduling Order in this proceeding on June 18, 2020 [Docket No. 3];

WHEREAS, the Domain Name Proceeding matter was transferred to the United States District, Eastern District of California, Sacramento Division, on or around July 30, 2020;

WHEREAS, on April 1, 2021, the Domain Name Proceeding and the Trademark Proceeding were consolidated by the Court's Order Upon Stipulation [Docket No. 30], which also modified the Initial Scheduling Order to set the following deadlines;

1. November 30, 2021: Discovery cut-off;
2. January 31, 2022: Disclosure of expert witnesses; and
3. February 28, 2022: Supplemental designation of expert witnesses.

WHEREAS, on January 6, 2022, the parties stipulated to extend the discovery cut-off and related deadlines as follows;

1. May 31, 2022: Discovery cut-off;
2. July 30, 2022: Disclosure of expert witnesses; and
3. August 31, 2022: Supplemental designation of expert witnesses.

WHEREAS, the parties have agreed that additional time is needed to conduct discovery in order to prepare for trial in this matter; and

WHEREAS, in light of the above, the parties have agreed to extend the deadlines for discovery cut-off, disclosure of expert witnesses and supplemental disclosure of expert witnesses.

NOW, THEREFORE, the parties hereby stipulate and agree as follows:

1. To extend the percipient discovery cut-off from May 31, 2022 to June 30, 2023.
2. To extend the disclosure of expert witness deadline from July 30, 2022 to August 31, 2023.
3. To extend the deadline to disclose supplemental expert witnesses from August 31, 2022 to September 30, 2023.
4. That all other deadlines shall be calculated as reflected in the Court's Initial Scheduling Order.

Dated: February 6, 2023          PETERSON WATTS LAW GROUP, LLP

*/s/ Glenn W. Peterson*
Glenn W. Peterson
Leonardo Sandoval
Attorneys for Plaintiff Sourdough & Co., Inc. and Defendant David Bagley

Dated: February 6, 2023          HUGHEY GENTRY, LLP

*/s/ Galen M. Gentry*
Kevin Hughey
Galen M. Gentry
Attorneys for Defendant/Plaintiff/Counter-Claimant WCSD, Inc. and Defendants GSD-Foods, Inc., Gurminder Bhatia, Davinder Singh, Powerglide Holdings, LLC, Kaldeep Uppal, Karndeep Uppal and SD-Folsom, Inc.

**ORDER UPON STIPULATION:**

Pursuant to the parties' Stipulation for Further Modification of Initial Scheduling Order and good cause appearing therefor, the Court hereby orders that the Initial Scheduling be modified as set forth above.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: February 6, 2023

_____
Troy L. Nunley
United States District Judge