**PETERSON WATTS LAW GROUP, LLP**
GLENN W. PETERSON, ESQ. (SBN 126173)
RICHARD J. PLACIDO, ESQ. (SBN 317334)
2267 Lava Ridge Court, Suite 210
Roseville, CA 95661
Telephone: (916) 780-8222
Fax No: (916) 780-8775

Attorneys for Plaintiff/Counter-Defendant,
*Sourdough & Co., Inc.*

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOURDOUGH & CO., INC.<br><br>Plaintiff,<br><br>v.<br><br>WCSD, INC., a California corporation; GSD FOODS, INC., a California corporation; GURMINDER BHATIA, an individual; GURMEET BHATIA, an individual; DAVINDER SINGH, an individual; POWERGLIDE HOLDINGS, LLC, a California limited liability company; KALDEEP UPPAL, an individual; KARNDEEP UPPAL, an individual; and SD-FOLSOM, INC., a California corporation; and DOES 1-25,<br><br>Defendants. | Case No.: 2:20-cv-01226-TLN-CKD<br><br>**STIPULATION AND ORDER FOR FURTHER MODIFICATION OF INITIAL PRETRIAL SCHEDULING ORDER** |
| WCSD, INC., a California corporation;<br><br>Counter-Claimant,<br><br>v.<br><br>SOURDOUGH & CO., INC., a California corporation,<br><br>Counter-Defendant. | |

Plaintiff Sourdough & Co., Inc., Defendant/Plaintiff/Counter-Claimant WCSD, Inc. and Defendants/Counter-Claimants GSD-Foods, Inc., Gurmeet Bhatia, Gurminder Bhatia, Davinder Singh, Powerglide Holdings, LLC, Kaldeep Uppal, Karndeep Uppal, SD-Folsom, Inc. and David

Bagley through their respective attorneys of record in this consolidated proceeding, hereby stipulate to further modification of the Court's Initial Scheduling Order [Docket No. 3] as set forth below.

WHEREAS, Plaintiff WCSD, Inc. filed its In Rem Complaint for Declaratory and Injunctive Relief in the United States District Court, Eastern District of Virginia, Alexandria Division, Case No. 1:20-cv-00629 (the "Domain Name Proceeding") on June 4, 2020;

WHEREAS, Plaintiff Sourdough & Co., Inc. filed its Complaint in the United States District Court, Eastern District of California, Sacramento Division, Case No. 2:20-cv-01226 (the "Trademark Proceeding") on June 17, 2020;

WHEREAS, the Court entered its Initial Scheduling Order in this proceeding on June 18, 2020 [Docket No. 3];

WHEREAS, the Domain Name Proceeding matter was transferred to the United States District, Eastern District of California, Sacramento Division, on or around July 30, 2020;

WHEREAS, on April 1, 2021, the Domain Name Proceeding and the Trademark Proceeding were consolidated by the Court's Order Upon Stipulation [Docket No. 30], which also modified the Initial Scheduling Order to set the following deadlines;

1. November 30, 2021: Discovery cut-off;

2. January 31, 2022: Disclosure of expert witnesses; and

3. February 28, 2022: Supplemental designation of expert witnesses.

WHEREAS, on January 6, 2022, the parties stipulated to extend the discovery cut-off and related deadlines as follows;

1. May 31, 2022: Discovery cut-off;

2. July 30, 2022: Disclosure of expert witnesses; and

3. August 31, 2022: Supplemental designation of expert witnesses.

WHEREAS, on February 6, 2023, the parties stipulated to extend the discovery cut-off and related deadlines as follows;

1. To extend the percipient discovery cut-off from May 31, 2022, to June 30, 2023;

2. To extend the disclosure of expert witness deadline from July 30, 2022, to August 31, 2023;

1    3. To extend the deadline to disclose supplemental expert witnesses from August 31, 2022, to

2    September 30, 2023; and

3    4. That all other deadlines shall be calculated as reflected in the Court's Initial Scheduling

4    Order.

5    WHEREAS, the parties have agreed that additional time is needed to conduct discovery in

6    order to prepare for trial in this matter; and

7    WHEREAS, in light of the above, the parties have agreed to extend the deadlines for

8    discovery cut-off, disclosure of expert witnesses and supplemental disclosure of expert witnesses.

9    NOW, THEREFORE, the parties hereby stipulate and agree as follows:

10    **1.** To extend the percipient discovery cut-off from **June 30, 2023, to July 31, 2023**;

11    **2.** To extend the disclosure of expert witness deadline from **August 31, 2023, to**

12    **September 30, 2023;**

13    **3.** To extend the deadline to disclose supplemental expert witnesses from **September 30,**

14    **2023, to October 31, 2023**; and

15    **4.** That all other deadlines shall be calculated as reflected in the Court's Initial

16    Scheduling Order.

17    DATED: May 23, 2023                    **PETERSON WATTS LAW GROUP, LLP**

18

19                                          By:_____/s/ GLENN W. PETERSON_____

20                                              GLENN W. PETERSON
                                             Attorneys for Plaintiff/Counter-Defendant

21

22    DATED: May 23, 2023                    **HUGHEY GENTRY, LLP**

23                                          By:_____/s/ GALEN M. GENTRY_____

24                                              GALEN M. GENTRY
                                             Attorneys for Defendants and Cross-Complainant

25

26

27

28

**STIPULATION AND ORDER FOR FURTHER MODIFICATION OF INITIAL PRETRIAL SCHEDULING ORDER**
**CASE NO. 2:20-cv-01226-TLN-CKD**

**ORDER UPON STIPULATION**

Pursuant to the parties' joint Stipulation for Further Modification of Initial Pretrial Scheduling Order in this matter, and good cause appearing therefor, the Court now orders that the Initial Pretrial Scheduling Order be further modified as noted above.

PURSUANT TO STIPULATION, IT IS SO ORDERED.


DATED: May 23, 2023

_____
Troy L. Nunley
United States District Judge

**STIPULATION AND ORDER FOR FURTHER MODIFICATION OF INITIAL PRETRIAL SCHEDULING ORDER**
**CASE NO. 2:20-cv-01226-TLN-CKD**